UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Taunya Hubbard,<br><br>         Plaintiff,<br><br>vs.<br><br>Wal-Mart, et al.,<br><br>         Defendants. | Case No. 3:07-cv-03169<br><br>**JUDGE JAMES G. CARR**<br><br>**PLAINTIFF'S NOTICE OF INTENT TO WITHDRAW MOTION TO COMPEL DISCOVERY** |

Now comes Plaintiff, Taunya Hubbard, by and through counsel, and hereby notifies this Court of her intent to Withdraw the Motion to Compel Discovery filed on December 8, 2008. Defendants provided the responses to discovery requested on December 18, 2008 following the execution of a Protective Order regarding documents to be produced.

It is so ordered.

s/ James G. Carr 12/22/2008
_____
Chief Judge

Respectfully submitted,

/s/ Joanna Baron
_____
Joanna Baron (0075381)
1900 Monroe Street, Suite 113
Toledo, Ohio 43604
Phone: (419) 243-0020
Fax: (419) 243-3145
EM: Jnnbaron@bex.net

Counsel for Plaintiff
Taunya Hubbard